IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-CV-761-RJC-DCK

| | |
|---|---|
| DENNIS WHATTON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) **ORDER** |
| GREAT AMERICAN INSURANCE GROUP and TRUENORTH COMPANIES, LLC, | ) ) ) ) |
| Defendants. | ) ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, Sara W. Higgins, filed a "Certification Of Mediation Session" (Document No. 13) notifying the Court that the parties reached a settlement on July 7, 2017. The Court commends the mediator, counsel, and the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case on or before **August 7, 2017**.

**SO ORDERED**.

Signed: July 20, 2017

David C. Keesler
United States Magistrate Judge